UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS, | No. 2:18-cv-1845 AC P |
| Petitioner, | |
| v. | ORDER |
| LOS ANGELES COUNTY SUPERIOR COURT, | |
| Respondent. | |

Petitioner is a state prisoner incarcerated at the California Medical Facility in Vacaville. Petitioner proceeds pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Although petitioner is incarcerated within the Eastern District, his application attacks a conviction issued by the Los Angeles County Superior Court, which is located within the Central District. Both courts have jurisdiction in this case, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973); however, witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County, id. at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: July 9, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE