JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS, | Case No. CV 18-6006-CBM (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| LOS ANGELES COUNTY SUPERIOR COURT, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition as Duplicative, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: July 17, 2018

HON. CONSUELO B. MARSHALL
United States District Judge